1  NORMAN B. BLUMENTHAL, ESQ., State Bar No.: 068687
   norm@bamlawca.com
2  KYLE R. NORDREHAUG, ESQ., State Bar No.: 205975
   kyle@bamlawca.com
3  APARAJIT BHOWMIK, ESQ., State Bar No.: 248066
   aj@bamlawca.com
4  BLUMENTHAL, NORDREHAUG & BHOWMIK
   2255 Calle Clara
5  La Jolla, CA 92037
   Tel.: (858) 551-1223
6  Fax: (858) 551-1232

7  Attorneys for Plaintiff
   Shauntae Williams

8

9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13  SHAUNTAE WILLIAMS, an individual, on          ) Case No.: 4:15-CV-02180-KAW
    behalf of herself and on behalf of all persons )
14  similarly situated;                            )
                                                   )        **CLASS ACTION**
15              Plaintiff                          )
                                                   )  **STIPULATION FOR DISMISSAL AND**
16        vs.                                      )  **[PROPOSED] ORDER**
                                                   )
17  TRANSDEV SERVICES, INC., a                     )
    corporation; VEOLIA TRANSPORTATION             )
18  SERVICES, INC., a corporation; and DOES 1      )
    through 50; Inclusive,                         )
19                                                 )
                                                   )
20              Defendants                         )
                                                   )  Action Filed:    April 7, 2015
21                                                 )  Trial Date:      None assigned
                                                   )
22                                                 )

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                              1.

## STIPULATION FOR DISMISSAL

WHEREAS, on April 7, 2015, plaintiff Shauntae Williams filed a lawsuit as a putative class action against defendants TransDev Services, Inc. and Veolia Transportation Services, Inc. alleging: (1) unfair competition; (2) failure to pay overtime wages; and (3) failure to provide wages when due, Contra Costa Superior Court, Case Number C-15-00612;

WHEREAS, defendant TransDev Services, Inc. was served on April 15, 2015 and is the only defendant served to date;

WHEREAS, on May 14, 2015, defendant TransDev Services, Inc. removed this case to the United States District Court, Northern District of California, Case Number 4:15-cv-02180-WHA;

WHEREAS, on May 21, 2015, defendant TransDev Services, Inc. filed a motion to dismiss Plaintiff's three causes of action in her complaint; and

WHEREAS, Plaintiff evaluated the issues after reviewing defendant TransDev Services, Inc.'s motion and has decided to dismiss her entire case, without prejudice with a mutual waiver of costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1        IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel that the above-captioned action be and hereby is dismissed against all

3    defendants without prejudice pursuant to Federal Rule Of Civil Procedure 41.

4    Dated: May 1, 2015                       GLEASON & FAVAROTE, LLP

5                                          TOREY J. FAVAROTE
                                                                  BRANDYN E. STEDFIELD
6                                          JANET S. YAVROUIAN

7                                          By: _____

8                                              Attorneys for Defendant Transdev Services,
                                                                  Inc.
9

10   Dated: June 1, 2015                     BLUMENTHAL, NORDREHAUG &
                                                                  BHOWMIK
11                                         NICHOLAS J. DE BLOUW

12                                         By: _____

13                                           Attorneys for Plaintiff Shauntae Williams

14

15                                  **[PROPOSED] ORDER**

16       The parties filed a stipulation for dismissal without prejudice. Having reviewed the

17   stipulation submitted by the parties,

18       IT IS THEREFORE ORDERED that this action is hereby dismissed against all defendants

19   without prejudice pursuant to Federal Rule Of Civil Procedure 41.

20       **IT IS SO ORDERED.**

21

22

23           June 2, 2015.
     DATED: May ___, 2015

24                                   JUDGE HON. WILLIAM ALSUP

25

26

27

28